[This decision has been published in *Ohio Official Reports* at 93 Ohio St.3d 499.]

THE STATE EX REL. FORD MOTOR COMPANY, APPELLANT, *v*. INDUSTRIAL COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. Ford Motor Co. v. Indus. Comm.*, 2001-Ohio-1600.]

*Workers' compensation—Court of appeals' judgment affirmed.*

(No. 01-611—Submitted September 18, 2001—Decided October 31, 2001.)

APPEAL from the Court of Appeals for Franklin County, No. 00AP-418.

————————————

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————

*Timothy J. Krantz,* for appellant.

*Betty D. Montgomery*, Attorney General, and *Dennis H. Behm,* Assistant Attorney General, for appellee Industrial Commission.

*Stanley Jurus Law Office* and *Robert M. Robinson*, for appellee Joseph Serian.

————————————